SMITH *v.* SMITH.

BECK, J. The granting of temporary alimony in a divorce case is specially in the discretion of the trial judge; and it not appearing that this discretion was abused in the present case, the finding and judgment of the lower court will not be disturbed. *Carlton* v. *Carlton*, 44 *Ga.* 216.

*Judgment affirmed. All the Justices concur.*

Submitted March 3,—Decided May 14, 1906.

Application for temporary alimony, etc. Before Judge Pendleton. Fulton superior court. June 21, 1905.

*T. C. Battle,* for plaintiff in error.